**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILMER GARCIA-MORAN, AKA Wilmer Garcia, <br><br> Petitioner, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General, <br><br> Respondent. | No. 15-73802 <br><br> Agency No. A072-525-542 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 23, 2017[**]

Before: McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

Wilmer Garcia-Moran, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for deferral of

removal under the Convention Against Torture ("CAT"). Our jurisdiction is

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

governed by 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), and we deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's denial of deferral of removal under CAT because Garcia-Moran failed to establish it is more likely than not he would be tortured by or with the consent or acquiescence of the Guatemalan government.  *See Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (finding that petitioner's claims of possible torture were speculative and therefore did not compel reversal).

We lack jurisdiction to consider Garcia-Moran's contention that he qualifies for relief based on his Americanized appearance or manners because he failed to present this claim to the BIA.  *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**